1
2
3
4
5
6
7
8

9                     **UNITED STATES DISTRICT COURT**

10                              **DISTRICT OF NEVADA**

11                                        ***

| | |
|---|---|
| 12  EMILY FAYE KLEIER, an individual, | Case No.: 2:25-cv-00683-ART-BNW |
| 13            Plaintiff, | |
| | **ORDER GRANTING** |
| 14       vs. | |
| | **STIPULATION TO DISMISS** |
| 15  STATE FARM MUTUAL AUTOMOBILE | **PLAINTIFF'S COMPLAINT** |
|     INSURANCE COMPANY, a foreign | **WITH PREJUDICE** |
| 16  corporation; DOES 1 through 10, inclusive, | |
| 17            Defendants. | |

18

19        IT IS HEREBY STIPULATED and AGREED between Plaintiff EMILY FAYE KLEIER

20   ("Plaintiff"), by and through her counsel, ANTHEM INJURY LAWYERS, and Defendant STATE

21   FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its

22   counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

157047753.1

action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 16th day of June, 2025.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Francis A. Arenas*
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANCIS A. ARENAS
Nevada Bar No. 6557
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

DATED this 16th day of June, 2025.

ANTHEM INJURY LAWYERS

*/s/ Anthony B. Golden*
ANTHONY B. GOLDEN
Nevada Bar No. 9563
PUNEET K. GARG
Nevada Bar No. 9811
3145 St. Rose Parkway, Suite 220
Henderson, Nevada 89052
*Attorneys for Plaintiff Emily Faye Kleier*

## ORDER

**IT IS SO ORDERED.**

Dated this 18th day of June 2025.

_____
**ANNE R. TRAUM**
**UNITED STATES DISTRICT JUDGE**

157047753.1                                2